1  SEYFARTH SHAW LLP
   Kathleen Cahill-Slaught (SBN 168128)
2  kslaught@seyfarth.com
   Michelle M. Scannell (SBN 267767)
3  mscannell@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California  94105
   Telephone:     (415) 397-2823
5  Facsimile:     (415) 397-8549

6  Attorneys for Defendant
   HEWLETT-PACKARD COMPANY; 3COM
7  CORPORATION SEVERANCE BENEFIT PLAN;
   3COM SEVERANCE PLAN FOR VICE
8  PRESIDENTS; AND 3COM CORPORATION 2003
   STOCK PLAN

9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12

13  JOHN VINCENZO,                      Case No. CV 12-03480 JCS

14           Plaintiff,                 **[PROPOSED] ORDER CONTINUING
                                        CASE MANAGEMENT
15       v.                             CONFERENCE**

16  HEWLETT-PACKARD COMPANY, a
    corporation; 3COM CORPORATION
17  SEVERANCE BENEFIT PLAN; 3COM
    SEVERANCE PLAN FOR VICE
18  PRESIDENTS; and 3COM CORPORATION
    2003 STOCK PLAN,
19
             Defendants.
20

21

22
       Good cause appearing, the Case Management Conference currently scheduled for October
23
    5, 2012 is continued to __October 12__, 2012.
24
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
25

26  Dated:_ August 2, 2012 _____

27                                      HON. JO_____
                                        United States Magistrate Judge
28