SEYFARTH SHAW LLP
Kathleen Cahill-Slaught (SBN 168128)
kslaught@seyfarth.com
Michelle M. Scannell (SBN 267767)
mscannell@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
HEWLETT-PACKARD COMPANY; 3COM
CORPORATION SEVERANCE BENEFIT PLAN;
3COM SEVERANCE PLAN FOR VICE
PRESIDENTS; AND 3COM CORPORATION 2003
STOCK PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VINCENZO,<br><br>    Plaintiff,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY, a corporation; 3COM CORPORATION SEVERANCE BENEFIT PLAN; 3COM SEVERANCE PLAN FOR VICE PRESIDENTS; and 3COM CORPORATION 2003 STOCK PLAN,<br><br>    Defendants. | Case No. CV 12-03480 JCS<br><br>**[PROPOSED]** ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Good cause appearing, the Case Management Conference currently scheduled for October 5, 2012 is continued to __October 12__, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __August 2, 2012__            _____
                                   HON. JOSEPH C. SPERO
                                   United States Magistrate Judge

PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE / CASE NO. CV 12-03480 JCS
14709802v.1