SEYFARTH SHAW LLP
Kathleen Cahill-Slaught (SBN 168128)
kslaught@seyfarth.com
Michelle M. Scannell (SBN 267767)
mscannell@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

Attorneys for Defendants
HEWLETT-PACKARD COMPANY; 3COM
CORPORATION SEVERANCE BENEFIT PLAN;
3COM SEVERANCE PLAN FOR VICE
PRESIDENTS; AND 3COM CORPORATION 2003
STOCK PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN VINCENZO, | Case No. CV 12-03480 JCS |
|---|---|
| Plaintiff, | **STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND HEARING ON THE STOCK PLAN'S MOTION TO DISMISS; [PROPOSED] ORDER** |
| v. | |
| HEWLETT-PACKARD COMPANY, a corporation; 3COM CORPORATION SEVERANCE BENEFIT PLAN; 3COM SEVERANCE PLAN FOR VICE PRESIDENTS; and 3COM CORPORATION 2003 STOCK PLAN, | |
| Defendants. | |

Pursuant to Northern District Civil Local Rules 6-1(a), 7-7(b), 7-12 and 16-2(e), Plaintiff John Vincenzo ("Plaintiff") and Defendants Hewlett Packard Company, 3Com Corporation Severance Benefit Plan, 3Com Severance Plan for Vice Presidents and 3Com Corporation 2003 Stock Plan ("Defendants"), (collectively the "Parties"), by and through their counsel, stipulate and agree as follows:

WHEREAS, the Case Management Conference and hearing on the Stock Plan's Motion to Dismiss in this matter are currently scheduled for October 5, 2012 at 1:30 p.m.; and

WHEREAS, counsel for Defendants are unavailable to appear at the Case Management Conference and hearing on the Stock Plan's Motion to Dismiss on October 5, 2012.

NOW THEREFORE, the Parties respectfully request that the initial Case Management Conference and hearing on the Stock Plan's Motion to Dismiss be continued from October 5, 2012 to October 12, 2012 or thereafter. The Parties agree that this extension will not alter the date of any other event or any other deadline already fixed by Court Order or by this Stipulation.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 7, 2012  Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ *Kathleen Cahill Slaught*
    Kathleen Cahill-Slaught
    Michelle M. Scannell
Attorneys for Defendant
HEWLETT-PACKARD COMPANY; 3COM CORPORATION SEVERANCE BENEFIT PLAN; 3COM SEVERANCE PLAN FOR VICE PRESIDENTS; AND 3COM CORPORATION 2003 STOCK PLAN

DATED: September 7, 2012  Respectfully submitted,

RIMAC MARTIN

By: /s/ *William Reilly*
    Joseph M. Rimac
    William Reilly
Attorneys for Plaintiff
VINCENT VINCENZO

-

2

STIPULATED REQUEST TO CONTINUE CMC AND HEARING ON MOTION TO DISMISS; [~~PROPOSED~~] ORDER/ CASE NO. CV 12-03480 JCS

148111740v.1

**ORDER**

Good cause appearing, the Case Management Conference and hearing on the Stock Plan's Motion to Dismiss currently scheduled for October 5, 2012 are continued to __October 12__, 2012, at 1:30 PM.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

:

DATED: __9/11/12__                    _____
                                       Judge Joseph C. Spero
                                       United States Magistrate Judge