SEYFARTH SHAW LLP
Kathleen Cahill-Slaught (SBN 168128)
kslaught@seyfarth.com
Michelle M. Scannell (SBN 267767)
mscannell@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:     (415) 397-2823
Facsimile:       (415) 397-8549

Attorneys for Defendants
HEWLETT-PACKARD COMPANY; 3COM
CORPORATION SEVERANCE BENEFIT PLAN;
3COM SEVERANCE PLAN FOR VICE
PRESIDENTS; AND 3COM CORPORATION 2003
STOCK PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VINCENZO,<br><br>                     Plaintiff,<br><br>          v.<br><br>HEWLETT-PACKARD COMPANY, a corporation; 3COM CORPORATION SEVERANCE BENEFIT PLAN; 3COM SEVERANCE PLAN FOR VICE PRESIDENTS; and 3COM CORPORATION 2003 STOCK PLAN,<br><br>                     Defendants. | Case No. CV 12-03480 JCS<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND HEARING ON THE STOCK PLAN'S MOTION TO DISMISS; [PROPOSED] ORDER** |

Pursuant to Northern District Civil Local Rules 6-1(a), 7-7(b), 7-12 and 16-2(e), Plaintiff John Vincenzo ("Plaintiff") and Defendants Hewlett Packard Company, 3Com Corporation Severance Benefit Plan, 3Com Severance Plan for Vice Presidents and 3Com Corporation 2003 Stock Plan ("Defendants"), (collectively the "Parties"), by and through their counsel, stipulate and agree as follows:

1  WHEREAS, the Case Management Conference and hearing on the Stock Plan's Motion to
2  Dismiss in this matter are currently scheduled for October 5, 2012 at 1:30 p.m.; and
3  WHEREAS, counsel for Defendants are unavailable to appear at the Case Management
4  Conference and hearing on the Stock Plan's Motion to Dismiss on October 5, 2012.
5  NOW THEREFORE, the Parties respectfully request that the initial Case Management
6  Conference and hearing on the Stock Plan's Motion to Dismiss be continued from October 5,
7  2012 to October 12, 2012 or thereafter. The Parties agree that this extension will not alter the
8  date of any other event or any other deadline already fixed by Court Order or by this Stipulation.
9  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 7, 2012                Respectfully submitted,

                                        SEYFARTH SHAW LLP


                                        By: /s/ *Kathleen Cahill Slaught*
                                            Kathleen Cahill-Slaught
                                            Michelle M. Scannell
                                        Attorneys for Defendant
                                        HEWLETT-PACKARD COMPANY; 3COM
                                        CORPORATION SEVERANCE BENEFIT
                                        PLAN; 3COM SEVERANCE PLAN FOR
                                        VICE PRESIDENTS; AND 3COM
                                        CORPORATION 2003 STOCK PLAN

DATED: September 7, 2012                Respectfully submitted,

                                        RIMAC MARTIN


                                        By: /s/ *William Reilly*
                                            Joseph M. Rimac
                                            William Reilly
                                        Attorneys for Plaintiff
                                        VINCENT VINCENZO

**ORDER**

Good cause appearing, the Case Management Conference and hearing on the Stock Plan's Motion to Dismiss currently scheduled for October 5, 2012 are continued to __October 12__, 2012, at 1:30 PM.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

:

DATED: __9/11/12__        _____
                          Judge Joseph C. Spero
                          United States Magistrate Judge