1  DATED: August _29, 2013                     Respectfully submitted,

2                                              RIMAC MARTIN

3

4                                              By: _/s/ William Reilly_____
                                                   Joseph M. Rimac
5                                                  William Reilly
                                                   Attorneys for Plaintiff
6                                                  VINCENT VINCENZO

7  -

8

9                                    **ORDER**

10
      Good cause appearing, the deadline to complete ADR is continued from September 6,
11
   2013 to September 20, 2013 and the parties must file their opening briefs on their cross motions
12
   for summary judgment on the 3Com Corporation 2003 Stock Plan claim on or before November
13
   8, 2013, their responsive briefs on or before November 22, 2013, and their reply briefs on or
14
   before December 20, 2013.
15

16 PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18 DATED: _8/30/13_____              _____
19                                              Hon. Joseph C. Spero
                                                United States Magistrate Judge
20

21

22

23

24

25

26

27

28
                                                3
   STIPULATED REQUEST TO EXTEND DEADLINE TO COMPLETE ADR AND OTHER PENDING DATES
            TWO WEEKS; [PROPOSED] ORDER/ CASE NO. CV 12-03480 JCS
   15989115v.1

1     WHEREAS, on August 5, 2013, the Court assigned the parties to Court mediation with
2 Catherine Yanni;

3     WHEREAS, the parties have been unable to arrange for a mutually convenient date for
4 mediation before the September 6, 2013 deadline to complete ADR;

5     WHEREAS, the parties and the mediator are first available for mediation on September
6 17, 2013 and have agreed to conduct mediation on that date;

7     NOW THEREFORE, the parties respectfully request that the Court continue the deadline
8 to complete mediation from September 6, 2013 to September 20, 2013 and the other pending
9 dates so that the parties must file their opening briefs on their cross motions for summary
10 judgment on the 3Com Corporation 2003 Stock Plan claim on or before November 8, 2013, their
11 responsive briefs on or before November 22, 2013 and their reply briefs on or before December
12 20, 2013.

13     As no trial date or hearing date has been set this two week extension will not prejudice
14 any party or the Court.

15     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 29, 2013      Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ *Michelle M. Scannell*
    Kathleen Cahill-Slaught
    Michelle M. Scannell
Attorneys for Defendant
HEWLETT-PACKARD COMPANY; 3COM
CORPORATION SEVERANCE BENEFIT
PLAN; 3COM SEVERANCE PLAN FOR
VICE PRESIDENTS; AND 3COM
CORPORATION 2003 STOCK PLAN

1 SEYFARTH SHAW LLP
Kathleen Cahill-Slaught (SBN 168128)
2 kslaught@seyfarth.com
Michelle M. Scannell (SBN 267767)
3 mscannell@seyfarth.com
560 Mission Street, 31st Floor
4 San Francisco, California 94105
Telephone: (415) 397-2823
5 Facsimile: (415) 397-8549

6 Attorneys for Defendants
HEWLETT-PACKARD COMPANY; 3COM
7 CORPORATION SEVERANCE BENEFIT PLAN;
3COM SEVERANCE PLAN FOR VICE
8 PRESIDENTS; AND 3COM CORPORATION 2003
STOCK PLAN
9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12

13 JOHN VINCENZO, | Case No. CV 12-03480 JCS

14 Plaintiff, | STIPULATED REQUEST TO EXTEND DEADLINE TO COMPLETE ADR
15 v. | AND OTHER PENDING DATES TWO WEEKS; [PROPOSED] ORDER
16 HEWLETT-PACKARD COMPANY, a corporation; 3COM CORPORATION
17 SEVERANCE BENEFIT PLAN; 3COM SEVERANCE PLAN FOR VICE
18 PRESIDENTS; and 3COM CORPORATION 2003 STOCK PLAN,
19
Defendants.
20

21

22 Pursuant to Northern District ADR Local Rule 6-5 and Civil Local Rule 7-12, Plaintiff

23 John Vincenzo and Defendants Hewlett Packard Company, 3Com Corporation Severance Benefit

24 Plan, 3Com Severance Plan for Vice Presidents and 3Com Corporation 2003 Stock Plan,

25 (collectively the "parties"), by and through their counsel, stipulate and agree as follows:

26 WHEREAS, on June 28, 2013, the Court ordered that the parties shall participate in a

27 mediation or settlement conference not later than September 6, 2013;

28

STIPULATED REQUEST TO EXTEND DEADLINE TO COMPLETE ADR AND OTHER PENDING DATES
TWO WEEKS; [PROPOSED] ORDER/ CASE NO. CV 12-03480 JCS
15989115v.1