| | | |
|---|---|---|
| 1 | DATED: August _29, 2013 | Respectfully submitted, |
| 2 | | RIMAC MARTIN |
| 4 | | By: /s/ William Reilly |
| 5 | | Joseph M. Rimac<br>William Reilly<br>Attorneys for Plaintiff |
| 6 | | VINCENT VINCENZO |

## ORDER

Good cause appearing, the deadline to complete ADR is continued from September 6, 2013 to September 20, 2013 and the parties must file their opening briefs on their cross motions for summary judgment on the 3Com Corporation 2003 Stock Plan claim on or before November 8, 2013, their responsive briefs on or before November 22, 2013, and their reply briefs on or before December 20, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/30/13

Hon. Joseph C. Spero
United States Magistrate Judge

3

STIPULATED REQUEST TO EXTEND DEADLINE TO COMPLETE ADR AND OTHER PENDING DATES TWO WEEKS; [PROPOSED] ORDER/ CASE NO. CV 12-03480 JCS

15989115v.1

1     WHEREAS, on August 5, 2013, the Court assigned the parties to Court mediation with Catherine Yanni;

    WHEREAS, the parties have been unable to arrange for a mutually convenient date for mediation before the September 6, 2013 deadline to complete ADR;

    WHEREAS, the parties and the mediator are first available for mediation on September 17, 2013 and have agreed to conduct mediation on that date;

    NOW THEREFORE, the parties respectfully request that the Court continue the deadline to complete mediation from September 6, 2013 to September 20, 2013 and the other pending dates so that the parties must file their opening briefs on their cross motions for summary judgment on the 3Com Corporation 2003 Stock Plan claim on or before November 8, 2013, their responsive briefs on or before November 22, 2013 and their reply briefs on or before December 20, 2013.

    As no trial date or hearing date has been set this two week extension will not prejudice any party or the Court.

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 29, 2013     Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ *Michelle M. Scannell*
    Kathleen Cahill-Slaught
    Michelle M. Scannell
Attorneys for Defendant
HEWLETT-PACKARD COMPANY; 3COM CORPORATION SEVERANCE BENEFIT PLAN; 3COM SEVERANCE PLAN FOR VICE PRESIDENTS; AND 3COM CORPORATION 2003 STOCK PLAN

1  SEYFARTH SHAW LLP
   Kathleen Cahill-Slaught (SBN 168128)
2  kslaught@seyfarth.com
   Michelle M. Scannell (SBN 267767)
3  mscannell@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California 94105
   Telephone:   (415) 397-2823
5  Facsimile:   (415) 397-8549

6  Attorneys for Defendants
   HEWLETT-PACKARD COMPANY; 3COM
7  CORPORATION SEVERANCE BENEFIT PLAN;
   3COM SEVERANCE PLAN FOR VICE
8  PRESIDENTS; AND 3COM CORPORATION 2003
   STOCK PLAN

9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

| 13 | JOHN VINCENZO, | Case No. CV 12-03480 JCS |
|---|---|---|
| 14 | Plaintiff, | STIPULATED REQUEST TO EXTEND DEADLINE TO COMPLETE ADR AND OTHER PENDING DATES TWO WEEKS; [PROPOSED] ORDER |
| 15 | v. | |
| 16 | HEWLETT-PACKARD COMPANY, a corporation; 3COM CORPORATION SEVERANCE BENEFIT PLAN; 3COM SEVERANCE PLAN FOR VICE PRESIDENTS; and 3COM CORPORATION 2003 STOCK PLAN, | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | |

21

22     Pursuant to Northern District ADR Local Rule 6-5 and Civil Local Rule 7-12, Plaintiff

23  John Vincenzo and Defendants Hewlett Packard Company, 3Com Corporation Severance Benefit

24  Plan, 3Com Severance Plan for Vice Presidents and 3Com Corporation 2003 Stock Plan,

25  (collectively the "parties"), by and through their counsel, stipulate and agree as follows:

26     WHEREAS, on June 28, 2013, the Court ordered that the parties shall participate in a

27  mediation or settlement conference not later than September 6, 2013;

28

STIPULATED REQUEST TO EXTEND DEADLINE TO COMPLETE ADR AND OTHER PENDING DATES
TWO WEEKS; [PROPOSED] ORDER/ CASE NO. CV 12-03480 JCS

15989115v.1